DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SHAWN TYSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0410
_____

May 1, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Thomas W. Krug, Judge.

Shawn Tyson, pro se.

PER CURIAM.

    Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.